

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-25,632-02

**EX PARTE TRACY BRIAN BROWN, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 580614-A IN THE 339TH DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of delivery of cocaine and sentenced to thirty-five years' imprisonment. The First Court of Appeals affirmed his conviction. *Brown v. State*, 866 S.W.2d 675 (Tex. App.—Houston [1st Dist.] 1993). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. This Court denied relief without written order on February 16, 1994.

We now withdraw our order of February 16, 1994 and reconsider the case on our own motion. TEX. R. APP. P. 79.2(d). This application is dismissed. *See Ex parte Johnson*, 12 S.W.3d 472 (Tex. Crim. App. 2000); *Ex parte Brown*, 662 S.W.2d 3, 4 (Tex. Crim. App. 1983).

Copies of this order shall be sent to the Texas Department of Criminal Justice–Correctional

Institutions Division and the Board of Pardons and Paroles.

Filed: May 19, 2021
Do not publish